No. 97-6758. PALMISANO v. LARKIN ET AL. C. A. 7th Cir. Certiorari denied.

No. 97-6762. AKPAETI v. KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 97-6764. YOUNG v. NAGLE, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97-6767. YOUNKIN v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 97-6768. WILLIAMS v. FULCOMER, DEPUTY COMMISSIONER, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, WESTERN REGION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 97-6769. WARD v. RAVENSWOOD VILLAGE NURSING HOME. C. A. 4th Cir. Certiorari denied.

No. 97-6772. PETERSON v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 97-6776. SMITH v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97-6777. SMITH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97-6778. RANDALL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 97-6787. LAWRENCE v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97-6791. NGHIEM v. TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 97-6794. MARTINEZ LOZANO v. COURT OF CRIMINAL APPEALS OF TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 97-6798. RUDD v. HASTY ET AL. C. A. 5th Cir. Certiorari denied.